UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN CORRION,

        Plaintiff,                    Case Number: 2:15-CV-11213
                                                   HON. VICTORIA A. ROBERTS

v.

STATE OF MICHIGAN,

        Defendants.
_____/

## OPINION AND ORDER OF SUMMARY DISMISSAL

John Corrion is a state inmate incarcerated at the Oaks Correctional Facility in Manistee, Michigan. He filed a *pro se* civil rights complaint challenging the state court's administration of the rules governing state court filing fees. Because Plaintiff was enjoined from filing lawsuits in this Court without first obtaining leave of the presiding judge, and such leave has not been requested or granted, the Court dismisses the complaint.

Plaintiff has been a frequent filer of civil rights complaints. In an Order entered in a civil rights case filed by Plaintiff, District Judge George Caram Steeh reviewed Plaintiff's history of filing frivolous and malicious actions. *See* "Order Striking Complaint," *Corrion v. Corrion*, No. 12-15484 (E.D. Mich. Feb. 1, 2013). At the time Judge Steeh summarized Plaintiff's history, Plaintiff had filed at least twenty-eight lawsuits in this Court, twenty of which were dismissed either for failure to pay the filing

fee after denial of leave to proceed in forma pauperis, or for bringing an action that was frivolous, malicious, or failed to state a claim. *Id*. at 2. Judge Steeh held Plaintiff "is a vexatious litigant who will not stop filing these actions absent action of the court" and ordered Plaintiff barred from filing actions without first seeking leave of the presiding judge. *Id.* at 3. Plaintiff failed to request or obtain permission to file this complaint. Therefore, Plaintiff is barred from initiating this action and DISMISSES the complaint.

SO ORDERED.

S/Victoria A. Roberts  
VICTORIA A. ROBERTS  
UNITED STATES DISTRICT JUDGE

Dated: 4/16/2015